IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CORY W. JONES,** *et al.*, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CIVIL ACTION: 1:20-00587-KD-B** |
| **KAY IVEY,** *et al.*, | ) | |
|     Defendants. | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 27, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiffs' action is **DISMISSED** without prejudice to the right of each Plaintiff to file a new, individual complaint on his own behalf.

**DONE** and **ORDERED** this the **25th** day of **March 2021.**

                                              /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**