# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CORY W. JONES,** *et al.,* )<br>     **Plaintiffs,** )<br> )<br>**v.** )<br> )    **CIVIL ACTION: 1:20-00587-KD-B**<br>**KAY IVEY,** *et al.*, )<br>     **Defendants.** ) | |

## JUDGMENT

In accordance with the Order issued on this date, It is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiffs' action is **DISMISSED** without prejudice to the right of each Plaintiff to file a new, individual complaint on his own behalf.

**DONE** and **ORDERED** this the **25th** day of **March 2021.**

                                              /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**